**In re Harvey P. SHORT, Petitioner.**

No. 01–6923.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 18, 2001.

Decided Oct. 23, 2001.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Harvey P. Short filed this mandamus petition challenging the district court's denial of relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. Where there is another available remedy, mandamus relief is not available. *In re Beard,* 811 F.2d 818, 826 (4th Cir.1987). Mandamus relief is not a substitute for appeal. *In re United Steelworkers,* 595 F.2d 958, 960 (4th Cir.1979). Short could have challenged the denial of relief on his § 1983 action by filing an appeal. Accordingly, we deny his petition for mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*